IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

UNITED STATES OF AMERICA    )
                            )    CRIMINAL ACTION NO.
        v.                  )       2:18cr93-MHT
                            )          (WO)
STACY LEMARCUS COLEMAN      )

OPINION AND ORDER

Defendant Stacy Lemarcus Coleman moved to dismiss the indictment against him as a violation of the Fifth Amendment's protection against double jeopardy. This case is before the court on the recommendation of the United States Magistrate Judge that defendant Coleman's motion to dismiss be denied. Also before the court are Coleman's objections to the recommendation. Upon an independent and de novo review of the record, the court concludes that the objections should be overruled and the recommendation adopted.

Accordingly, it is ORDERED as follows:

(1) The objections (doc. no. 34) are overruled.

(2) The recommendation of the United States Magistrate Judge (doc. no. 29) is adopted.

(3)  The motion to dismiss (doc. no. 19) is denied.

DONE, this the 22nd day of August, 2018.

　　　　　　　　　　　　　/s/ Myron H. Thompson
　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE