**IN THE DISTRICT COURT OF THE UNITED STATES FOR THE**

**MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | **CRIMINAL ACTION NO.** |
| v. | ) | **2:18cr93-MHT** |
| | ) | **(WO)** |
| **STACY LEMARCUS COLEMAN** | ) | |

**ORDER**

Upon consideration of the opinion of the United States Court of Appeals for the Eleventh Circuit entered on September 26, 2019 (doc. no. 82), affirming the judgment of conviction and sentence pronounced in this case as to defendant Stacy Lemarcus Coleman on December 20, 2018, and entered on January 17, 2019 (doc. no. 70), and the mandate of the United States Court of Appeals for the Eleventh Circuit issued and received in the office of the clerk of this court on October 25, 2019 (doc. no. 83), it is the ORDER, JUDGMENT, and DECREE of the court that the judgment of conviction and sentence pronounced upon defendant Stacy Lemarcus Coleman on December 20, 2018, and entered on

January 17, 2019 (doc. no. 70), is continued in full force and effect.

DONE, this the 31st day of October, 2019.

                                    /s/ Myron H. Thompson
                                UNITED STATES DISTRICT JUDGE