IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
UNITED STATES OF AMERICA    )
                            )    CRIMINAL ACTION NO.
     v.                     )       2:18cr93-MHT
                            )          (WO)
STACY LEMARCUS COLEMAN      )
```

ORDER

Upon consideration of defendant's motion for immediate release to a rehabilitation facility (Doc. 117), which the government and the probation department have confirmed they do not oppose, it is ORDERED that:

(1) The motion is granted.

(2) On May 31, 2024, by 8:30 a.m., the United States Marshals Service shall release defendant Stacy Lemarcus Coleman from federal custody. If Coleman is not transferred to state custody, the Marshals Service shall release him directly to the custody of an employee of the Federal Defender Program for immediate transportation to, and enrollment in, the inpatient

treatment program at Restoration Recovery Outreach Center in Anniston, Alabama.

(3) If upon release from federal custody defendant Coleman is placed in state custody, whenever he is released from state custody, defendant Coleman shall immediately notify his probation officer and the Federal Defender Program of his release and shall not leave the detention facility until an employee of the Federal Defender Program picks him up. An employee of the Federal Defender Program shall then immediately transport defendant Coleman to the inpatient treatment program at Restoration Recovery Outreach Center in Anniston, Alabama, for enrollment.

(4) The conditions of supervised release are amended to require defendant Stacy Lemarcus Coleman to enroll in, reside at, and complete the inpatient residential substance-abuse treatment program at the Restoration Recovery Outreach Center in Anniston,

Alabama; defendant Coleman may not withdraw from the program without the permission of his supervising probation officer.

DONE, this the 30th day of May, 2024.

/s/ Myron H. Thompson
UNITED STATES DISTRICT JUDGE

3