AO 245D (Rev. 09/19)  Judgment in a Criminal Case for Revocations
Sheet 1

# UNITED STATES DISTRICT COURT
Middle District of Alabama

| UNITED STATES OF AMERICA | ) | **JUDGMENT IN A CRIMINAL CASE** |
|---|---|---|
| v. | ) | (For **Revocation** of Probation or Supervised Release) |
| STACY LEMARCUS COLEMAN | ) | Case No. 2:18-cr-93-ECM |
| | ) | USM No. 17560-002 |
| | ) | Paul Cooper |
| | ) | Defendant's Attorney |

**THE DEFENDANT:**

☐ admitted guilt to violation of condition(s) _____ of the term of supervision.

☑ was found in violation of condition(s) count(s)  * _____ after denial of guilt.

The defendant is adjudicated guilty of these violations:    * violation 1 of petition dated 5/8/2024 and violation 1 of petition dated 6/20/2024.

| **Violation Number** | **Nature of Violation** | **Violation Ended** |
|---|---|---|
| 1 in May 8, 2024 petition | Failure to refrain from any unlawful use of a Controlled Substance | 04/29/2024 |
| 1 in June 20, 2024 petition | Failure to Reside at and Complete Inpatient Residential Substance Abuse Treatment Program | 06/20/2024 |

The defendant is sentenced as provided in pages 2 through    2    of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐ The defendant has not violated condition(s) _____ and is discharged as to such violation(s) condition.

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

Last Four Digits of Defendant's Soc. Sec. No.: 0359

Defendant's Year of Birth: 1989

City and State of Defendant's Residence:
Montgomery, Alabama

Date of Imposition of Judgment: 08/06/2024

/s/ Emily C. Marks
Signature of Judge

Emily C. Marks, Chief United States District Judge
Name and Title of Judge

Date: 08/07/2024

AO 245D (Rev. 09/19)   Judgment in a Criminal Case for Revocations
Sheet 2— Imprisonment

Judgment — Page 2 of 2

DEFENDANT: STACY LEMARCUS COLEMAN
CASE NUMBER: 2:18-cr-93-ECM

# IMPRISONMENT

The defendant is hereby committed to the custody of the Federal Bureau of Prisons to be imprisoned for a total term of :

13 months with no term of supervised release to follow.  The term of supervised release imposed on December 20, 2018, is revoked.

☑ The court makes the following recommendations to the Bureau of Prisons:

That the defendant be designated to a facility where drug treatment and mental health treatment are available.

☑ The defendant is remanded to the custody of the United States Marshal.

☐ The defendant shall surrender to the United States Marshal for this district:

    ☐ at _____ ☐ a.m. ☐ p.m. on _____ .

    ☐ as notified by the United States Marshal.

☐ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

    ☐ before 2 p.m. on _____ .

    ☐ as notified by the United States Marshal.

    ☐ as notified by the Probation or Pretrial Services Office.

# RETURN

I have executed this judgment as follows:

Defendant delivered on _____ to _____

at _____ with a certified copy of this judgment.

UNITED STATES MARSHAL

By _____
DEPUTY UNITED STATES MARSHAL